**CARPENTERS PENSION AND ANNUITY FUNDS
LOAN APPLICATION**

## SECTION D - PROMISSORY NOTE TO REPAY LOAN - RULES AND REGULATIONS

I hereby apply for a loan in the amount of $ _10,000.00_ at _9_ % Interest, with _119_ Monthly Payments of $ _126.68_, and the final payment of $ _125.90_. My first payment is due _4/1/98_ This Loan is made under the rules and regulations of the Carpenters Pension and Annuity Fund. I understand this loan is subject to interest at a fixed rate for the life of the loan. I also understand that the loan, and any interest, must be entirely repaid within five (5) years or fifteen (15) years from the date of the making of the loan. I agree to repay the loan in equally monthly installments.

**All Loans are limited to the amount of Money actually required for the purpose indicated above, or 50% of the amount in the Applicant's Account, but in no case more than $50,000 or less than $2,000.00.**

I fully understand that once I make a loan, I can not be approved for another loan for five (5) years from the initial Loan date.

I fully understand that any payment by the Trustees pursuant to this application constitutes a loan and not a distribution of money from my individual account.

I understand that my monthly payment is due on the 1st of each month. I further understand that if my payment is not received by the 15th of each month, a late charge of 3% of the scheduled payment will be applied.

I understand that when a regularly monthly scheduled payment is NOT received by the Fund Office by the end of the calendar quarter following the calendar quarter in which the payment was due, a default will occur.

I understand that a late payment or a default in the repayment of the outstanding loan will result in immediate assignment of any Cafeteria Benefit pledged by me and that such may be disposed of to satisfy the loan.

I understand that only one loan may be outstanding from the Fund at any time and the repayment of an outstanding loan shall not be a valid reason for the granting of another loan.

Member please sign and date. _[signature]_     _1-16-98_
Signature                                   Date

## FOR OFFICE USE ONLY

Approved on behalf of the Carpenters Pension and Annuity Fund

_____ Yes    _____ No

EXHIBIT
PENGAD-Bayonne, N. J.

CARPENTERS' BENEFIT FUNDS
1803 SPRING GARDEN STREET
PHILADELPHIA   PA   19130


WILLIAM MURPHY
303 STRATFORD RD
GLENOLDEN       PA 19036          Soc.Sec.Nbr. 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
                                 Local Union #  845

Dear Member:


                                           1/16/2002


Our Records indicate that we have not received the following Loan
Payments as of the date of this notice.


| DUE DATE | AMOUNT | LATE FEES | TOTAL DUE |
|----------|--------|-----------|-----------|
| 12/01/2001 | $126.68 | $3.80 | $130.48 |
| 1/01/2002  | $126.68 | $3.80 | $130.48 |

Please remit your payment in the amount of    $260.96, which includes
late fees in the amount of     $7.60 to the Fund Office immediately.
If payments have been made, please disregard this notice.


  ** Reminder** A loan default occurs when your monthly payment is not
     received by the end of the calendar quarter following the calendar
     quarter in which the payment is due.



EXHIBIT
2



# CARPENTERS
### PENSION AND ANNUITY FUND
### OF PHILADELPHIA & VICINITY
1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430  •  FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P Palmer, Jr |
| Co-Chairman | Co-Chairman |
| Francis J Laffey | Charles G Erickson, III |
| Larry Dunn | Frank T Leiter |
| John W Hooven | L Charles Marcon |
| Carl B Miller | James F Sassaman |
| Guy Pigliacelli | John R Smith, Jr |

CO-COUNSEL
Sagot Jennings & Sigmond / Harry Reagan, Esq

January 16, 2002

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
WILLIAM MURPHY
303 STRATFORD RD
GLENOLDEN    PA   19038

Dear Member.

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status

The following list highlights those penalties

    1 ) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>

    2 ) A Deemed Distribution occurs

    3 ) Taxes must be paid on the full amount of the loan

    4 ) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2

Please take this situation seriously   To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time   If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you   A Delinquency Notice is included as a reminder

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext  223

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY
1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368

**BOARD OF ADMINISTRATION**

LABOR                        MANAGEMENT
Edward Coryell               Walter P. Palmer, Jr.
Co-Chairman                  Co-Chairman

Francis J. Laffey            Charles G. Erickson, III
Larry Dunn                   Frank T. Letter
John W. Hooven               L. Charles Marcon
Carl R. Miller               James F. Sassaman
Guy Piglisicelli             John R. Smith, Jr.

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

February 19, 2002

WILLIAM MURPHY
1127 WILSON DR
UPPER DARBY    PA  19082

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum.</u>

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure

CARPENTERS' BENEFIT FUNDS
1803 SPRING GARDEN STREET
PHILADELPHIA  PA  19130


WILLIAM MURPHY
1127 WILSON DR
UPPER DARBY       PA 19082            Soc.Sec.Nbr. 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
                                     Local Union #  845

Dear Member:


                                              2/19/2002


   Our Records indicate that we have not received the following Loan
   Payments as of the date of this notice.


          DUE                                      TOTAL
          DATE            AMOUNT      LATE FEES      DUE

       12/01/2001        $126.68       $3.80      $130.48
        1/01/2002        $126.68       $3.80      $130.48
        2/01/2002        $126.68       $3.80      $130.48

Please remit your payment in the amount of    $391.44, which includes
late fees in the amount of    $11.40 to the Fund Office immediately.
If payments have been made, please disregard this notice.


  ** Reminder** A loan default occurs when your monthly payment is not
        received by the end of the calendar quarter following the calendar
        quarter in which the payment is due.



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY
1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430    •    FAX 215-569-0368

BOARD OF ADMINISTRATION

LABOR
Edward Coryell
Co-Chairman

Francis J. Laffey
Larry Dunn
John W. Hooven
Carl R. Miller
Guy Pigliacelli

MANAGEMENT
Walter P. Palmer, Jr.
Co-Chairman

Charles G. Erickson, III
Frank T. Lauter
L. Charles Marcon
James F. Sassaman
John R. Smith, Jr.

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 15, 2002

William Murphy                    SS# 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
1127 Wilson Drive
Upper Darby, PA  19082

**RE: Annuity Loan**

Mr. Murphy,

Please contact the Fund immediately regarding your Annuity Loan.

Thank you,

Jennifer Schofield
Carpenters Pension & Annuity Fund

CARPENTERS' BENEFIT FUNDS
1803 SPRING GARDEN STREET
PHILADELPHIA  PA  19130


WILLIAM MURPHY
1127 WILSON DR
UPPER DARBY      PA 19082                Soc.Sec.Nbr. 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
                                         Local Union #  845

Dear Member:


                                              3/19/2002

 Our Records indicate that we have not received the following Loan
Payments as of the date of this notice.

|          DUE DATE | AMOUNT | LATE FEES | TOTAL DUE |
|-------------------|--------|-----------|-----------|
| 12/01/2001 | $126.68 | $3.80 | $130.48 |
| 1/01/2002 | $126.68 | $3.80 | $130.48 |
| 2/01/2002 | $126.68 | $3.80 | $130.48 |
| 3/01/2002 | $126.68 | $3.80 | $130.48 |

Please remit your payment in the amount of   $521.92, which includes
late fees in the amount of   $15.20 to the Fund Office immediately.
If payments have been made, please disregard this notice.


 ** Reminder** A loan default occurs when your monthly payment is not
    received by the end of the calendar quarter following the calendar
    quarter in which the payment is due.



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY
1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430    •    FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Francis J. Ledley | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lester |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Pigtiaegell | John R. Smith, Jr. |

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 19, 2002

WILLIAM MURPHY
1127 WILSON DR
UPPER DARBY    PA    19082

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

    1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

    2.) A Deemed Distribution occurs.

    3.) Taxes must be paid on the full amount of the loan.

    4.) A 10% penalty must be paid on the full amount of the loan if you are under age 591/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/jms
enclosure



# CARPENTERS
### PENSION AND ANNUITY FUND
### OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430    •    FAX 215-569-0368

**BOARD OF ADMINISTRATION**

LABOR                        MANAGEMENT
Edward Coryell               Walter P. Palmer, Jr.
*Co-Chairman*                *Co-Chairman*

Francis J. Lafley            Charles G. Erickson, III
Larry Dunn                   Frank T. Luiter
John W. Hooven               L. Charles Marcon
Carl B. Miller               James F. Sassaman
Guy Pigliacelli              John R. Smith, Jr.

                CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 21, 2002

William Murphy
1127 Wilson Drive
Upper Darby, PA  19082

Dear Mr. Murphy:

 As you are aware, you have borrowed money from the Fund in the amount of $10,000.00 and have failed to repay it in accordance with the terms of the loan.  This failure could result in extremely serious consequences to your legal rights and those of your family.

 You are strongly encouraged to immediately commence payment of this loan.  In that regard, you are directed to contact the Carpenters Pension and Annuity Loan Department at 215-568-0430, ext. 223.  If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you.

 If you or your legal counsel should have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

Mary Hackett
Carpenters Pension & Annuity Plan Manager

MH/dmk
cc: File



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1807 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430 • FAX 215-569-0368
email:fundadmin@philacarpenter.org
website:philacarpenterfunds.org

**BOARD OF ADMINISTRATION**

LABOR                     MANAGEMENT
Edward Coryell            Walter P. Palmer, Jr.
Co-Chairman               Co-Chairman

Larry Dunn                Frank Boyer
John W. Hooven            Charles G. Erickson, III
Carl B. Miller            Frank T. Lutter
Guy Pigliacelli           James F. Sassaman
                          John R. Smith, Jr.

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

April, 2002

William Murphy
1127 Wilson Drive
Upper Darby, PA  19082

Dear Member:

**Please be advised that as of April 1, 2002 your loan has fallen into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum.</u>

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan. You will receive a 1099R form at the end of every year for the term of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 591/2.

This is a very serious situation. Please consult a tax advisor for information concerning your financial well-being.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Sincerely,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure



CARPENTERS' BENEFIT FUNDS
1803 SPRING GARDEN STREET
PHILADELPHIA  PA  19130

WILLIAM MURPHY
1127 WILSON DR
UPPER DARBY      PA 19082           Soc.Sec.Nbr. 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
                                    Local Union #  845

Dear Member:

                                              4/16/2002

Our Records indicate that we have not received the following Loan
Payments as of the date of this notice.

| DUE DATE | AMOUNT | LATE FEES | TOTAL DUE |
|---|---|---|---|
| 12/01/2001 | $126.68 | $3.80 | $130.48 |
| 1/01/2002 | $126.68 | $3.80 | $130.48 |
| 2/01/2002 | $126.68 | $3.80 | $130.48 |
| 3/01/2002 | $126.68 | $3.80 | $130.48 |
| 4/01/2002 | $126.68 | $3.80 | $130.48 |

Please remit your payment in the amount of   $652.40, which includes
late fees in the amount of   $19.00 to the Fund Office immediately.
If payments have been made, please disregard this notice.


 ** Reminder** A loan default occurs when your monthly payment is not
    received by the end of the calendar quarter following the calendar
    quarter in which the payment is due.