**CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA & VICINITY,**
**et al.**
**v. WILLIAM MURPHY**
**CIVIL ACTION NO. 02-4548**

**SAGOT, JENNINGS & SIGMOND ATTORNEYS' FEES - AUGUST 2002**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 08/13/02 | CTM | Preparation of Request to Enter Default | .7 |
| 08/19/02 | CTM | Calculate Interest Due<br>Calculate Late Fees<br>Preparation of Motion for Default Judgment | 2.2 |
| 08/20/02 | CTM | Calculate Attorneys Fees<br>Revisions to Motion for Entry of Default Judgment | .5 |
| 08/23/02 | EBM | Review of Request to Enter Default<br>Review of Motion for Default Judgment | .4 |
| 08/23/02 | CTM | Preparation of Motion for Default Judgment for Electronic Court Filing | .4 |
| | | **TOTAL HOURS** | **4.2** |

August Summary

| | | | |
|---|---|---|---|
| CTM | 3.8 Hrs x $85 /per hour | = | $323.00 |
| EBM | .4 Hrs x $175 /per hour | = | $70.00 |
| | August Total | = | $393.00 |
| (6/07/02 to 7/31/02) Total | | = | $471.22 |
| | **GRAND TOTAL** | | **$864.22** |

*Exhibit 1*

95899-1

REPRINT OF BILLED DETAILS (as billed)

                    Bill number  CHWP00-23521-001 SGR
                         Bill date    07/10/02

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


William Murphy - Loan Lit.  (23521)

FOR PROFESSIONAL SERVICES RENDERED

06/07/02 SGR   Review of Correspondence from Fund regarding New
               Loan Default Case
               Review of Documents
               Preparation of Intake Memo
                                         .30 hrs   195  /hr       58.50
                                                                -------
               TOTAL FEES                                  $       58.50

DISBURSEMENTS

                                                                -------
               TOTAL DISBURSEMENTS                         $         .00

BILLING SUMMARY

               TOTAL FEES                                  $       58.50
                                                                -------
               TOTAL CHARGES FOR THIS BILL                 $       58.50

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number CHWP00-23521-002 SGR
                         Bill date   08/09/02

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


William Murphy - Loan Lit.   (23521)

FOR PROFESSIONAL SERVICES RENDERED

07/05/02 CTM   Review of Documents from Fund
               Preparation of Complaint
               Preparation of Exhibits
                                         1.50 hrs    85  /hr        127.50
07/08/02 CMC   Review of Complaint
                                          .30 hrs   185  /hr         55.50
07/08/02 CTM   Preparation of Summons and Civil Cover Sheets
               Preparation of Complaint for Electronic Court
               Filing
                                          .40 hrs    85  /hr         34.00
07/09/02 CTM   Review of Documents from Court
                                          .10 hrs    85  /hr          8.50
07/16/02 CTM   Review of Documents from Court
               Preparation of Complaint for Service
               Preparation of Letter to Talone regarding Same
                                          .50 hrs    85  /hr         42.50
07/19/02 CTM   Preparation of Complaint for Service to Secretary
               of State and Department of Labor
               Letter to Secretary of State and Department of
               State regarding Same
                                          .60 hrs    85  /hr         51.00
07/29/02 CTM   Review of Affidavit of Service from Talone
               Preparation of Affidavit of Service for
               Electronic Court Filing
                                          .40 hrs    85  /hr         34.00
                                                                -----------
               TOTAL FEES                                 $         353.00

DISBURSEMENTS

07/30/02 7100  Service Fee - Complaint                               53.00
07/31/02 COPY  Photocopies                                            6.72
                                                                -----------
               TOTAL DISBURSEMENTS                        $          59.72

BILLING SUMMARY
```

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23521-ALL SGR                                              Page    1


          REPORT TOTALS

          TOTAL FEES                                                411.50

          TOTAL DISBURSEMENTS                                        59.72
                                                                 ----------
                                                                    471.22




REPRINT OF BILLED DETAILS (as billed)
CHWP00-23521-002 SGR                                              Page    2


          TOTAL FEES                                      $         353.00

          TOTAL DISBURSEMENTS                             $          59.72
                                                                 ----------
          TOTAL CHARGES FOR THIS BILL                     $         412.72
```