**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>                Plaintiffs,<br>      v.<br><br>WILLIAM MURPHY<br><br>                Defendant. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO. 02-cv-04548-JF |

FILED

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

**REQUEST FOR WRIT OF REVIVAL OF JUDGMENT AGAINST**
**WILLIAM MURPHY**

TO:    Michael E. Kunz, Clerk
        United States District Court
        2609 U.S. Courthouse
        601 Market Street
        Philadelphia, PA 19106

        Please issue a Writ of Revival of Judgment entered on September 12, 2002, and indexed

in the Judgment Index against William Murphy in the amount of $$8,721.88 plus interest from

September 1, 2002, as provided by 29 U.S.C. §1132(g)(2) and 26 U.S.C. §6621.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

                DAWN M. COSTA (ID NO. 90245)
                The Penn Mutual Towers, 16th Floor
                510 Walnut Street
                Philadelphia, PA 19106
                (215) 351-0616
                Attorney for Plaintiffs

Dated: 2/19/2008