JENNINGS SIGMOND, P.C.
BY:  DAWN M. COSTA, Esquire
Identification No.:  90245
Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0616

Attorney for Plaintiff

---

| | |
|---|---|
| CARPENTERS' PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM MURPHY <br><br> Defendant. | : CIVIL ACTION <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : No. 02-CV-04548-JF <br> : |

**FILED**

MAR 21 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## PRAECIPE TO REINSTATE WRIT OF REVIVAL

TO THE CLERK OF COURT:

Kindly reinstate the Writ of Revival in the above-captioned Civil Action for an additional

thirty days.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

Date: March 20, 2008

DAWN M. COSTA, ESQUIRE
Attorney for Plaintiff

194458.1
CHWP-23521