# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
FRONT STREET & VETERANS SQUARE, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

**INSTRUCTIONS FOR SERVICE OF PROCESS:** You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. PLAINTIFF/S/: CARPENTERS PENSION AND ANNUITY FUND
2. COURT NUMBER: 02-cv-04548-JF  /  02-4548
3. DEFENDANT/S/: WILLIAM MURPHY
4. TYPE OF WRIT OR COMPLAINT: Writ of Revival

**SERVE AT**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE: WILLIAM MURPHY
6. ADDRESS: 1127 Wilson Drive, Upper Darby, PA

7. INDICATE UNUSUAL SERVICE: ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____ 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff
Invoice No. 144299
Amount Pd. 49.60 Pd
Docket #
Page  1 copy

**NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN** — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR: DAWN M. COSTA, ESQ. / Jennings Sigmond, P.C. 510 Walnut St., 16th Fl., Philadelphia, PA 19106
10. TELEPHONE NUMBER: 215-351-0616
11. DATE: 04/01/2008
12. SIGNATURE

**SPACE BELOW FOR USE OF SHERIFF ONLY — DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
SIGNATURE of Authorized DCSO Deputy or Clerk and Title
14. Date Filed: 3/21/08
15. Expiration/Hearing date: 30 days

16. Served and made known to WILLIAM MURPHY SAID ADDRESS on the 9th day of April, 2008 at 6:45 P.M., Defendant(s) at _____ Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☐ Agent or person in charge of Defendant's office or usual place of business.
☐ Posted _____
☐ Other _____

On the _____ day of _____, 20___, at _____ o'clock, ___ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other _____

REMARKS:
RETURNED: NO ANSWER

17. AFFIRMED and subscribed to before me this 11th
20. day of April 20 08
18. Signature Dep. Sheriff
19. Date 4/9/08
21. Signature of Sheriff
22. Date
23. Kathleen E. McCuen, Notary Public
JOSEPH F. McGINN, SHERIFF OF DELAWARE COUNTY
MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.
25. Date Received

DCSD- COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN E. McCUEN, Notary Public
Media Boro., Delaware County
My Commission Expires April 7, 2010

1. ISSUING AUTHORITY