IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

CARPENTERS PENSION AND ANNUITY : CIVIL ACTION
FUND OF PHILADELPHIA AND VICINITY, et al. :
   :
                          Plaintiffs, :
        v. :
   :
WILLIAM MURPHY :
   :
                          Defendant. : NO. 02-cv-04548-JF
_____:

**PRAECIPE FOR ENTRY OF JUDGMENT ON REVIVAL**

TO:   Michael E. Kunz, Clerk
        United States District Court
        2609 US Courthouse
        601 Market Street
        Philadelphia, PA  19106

        The Writ of Revival of Judgment having been served upon William Murphy on April 9, 2008, as appears on the Affidavit of Service filed with the Court, kindly enter judgment on the Writ of Revival in favor of the Plaintiffs and against Defendant in the amount of $8,721.88 plus interest from September 12, 2002, to the date of collection.

                                          Respectfully submitted,

                                          JENNINGS SIGMOND, P.C.

                                          /s/ Dawn M. Costa
                                          DAWN M. COSTA (ID NO. 90245)
                                          The Penn Mutual Towers, 16th Floor
                                          510 Walnut Street
                                          Philadelphia, PA 19106
                                          (215) 351-0616
Dated: 4/30/2008                      Attorney for Plaintiff