IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                                      :
CARPENTERS PENSION AND ANNUITY       :   CIVIL ACTION
FUND OF PHILADELPHIA AND VICINITY, et al.  :
                                                                      :
              Plaintiffs,                                      :
         v.                                                       :
                                                                      :
WILLIAM MURPHY                                    :
                                                                      :
              Defendant.                                   :   NO. 02-cv-04548-JF
_____:

**JUDGMENT OF REVIVAL**

     AND NOW, this            day of                    , 2008, it appearing that Defendant William Murphy was served with the Writ of Revival of Judgment on April 9, 2008, for the judgment entered in Civil Action No. 02-cv-04548-JF on September 12, 2002, it is hereby revived in favor of the Plaintiffs and against Defendant in the amount of $8,721.88 plus interest from September 12, 2002, as provided in the judgment.

                                           BY THE CLERK:
                                           MICHAEL KUNZ

                                By: _____
                                    Deputy Clerk

DATE:_____